[No. 44856-4-II. Division Two. September 23, 2014.]

MICHAEL FOSS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00370-7, Erik D. Price, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 45077-1-II. Division Two. September 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY RICHARD AKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01413-0, Stephen M. Warning, J., entered June 11, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 31331-0-III. Division Three. September 23, 2014.]

FERRY COUNTY, *Respondent*, v. GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ferry County, No. 12-2-00001-1, Patrick A. Monasmith, J., entered November 8, 2012. *Reversed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J. Now published at 184 Wn. App. 685.

[No. 31823-1-III. Division Three. September 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL ANTHONY NAVARETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00108-2, John M. Antosz, J., entered June 17, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.